# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-09-00132-CR

---

**Terry Lenn Sanders aka Austin Hedge, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 63664, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Terry Lenn Sanders seeks to appeal a judgment of conviction for theft of service. The

trial court has certified that: (1) this is a plea bargain case and Sanders has no right of appeal, and

(2) Sanders waived the right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   April 16, 2009

Do Not Publish